**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TARA ADAMEK AND GIOVANNI PACHECO,** individually and on behalf of all others similarly situated, *Plaintiffs,* | : | **CIVIL ACTION** |
| v. | : | **NO. 24-5185** |
| **FIREWORKS SOFTWARE, INC.,** *Defendant.* | : | |

# ORDER

**AND NOW**, this 8th day of October 2026, upon consideration of Defendant Fireworks Software, Inc.'s *motion to dismiss for failure to state a claim*, (ECF 24), and Plaintiffs Tara Adamek and Giovanni Pacheco's *response in opposition*, (ECF 28), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **DENIED** as to **COUNT I**, (negligence and negligence per se claims), **COUNT II** (breach of contract), and **COUNT III** (unjust enrichment /quasi contract), and is **GRANTED** as to **COUNT IV** (violation of New Jersey Consumer Fraud Act).

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*